IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-01845-WYD-KMT

BLANCA RODRIGUEZ,

      Plaintiff,

v.

ROBERT MORRIS and
CR ENGLAND, INC., a Utah Corporation,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THE COURT having reviewed the Stipulation for Dismissal with Prejudice (ECF No. 29) filed jointly by Plaintiff Blanca Rodriguez and Defendants Robert Morris and C.R. England, Inc., and being fully advised of the premises, it is hereby

ORDERED that the parties' Stipulation for Dismissal with Prejudice is **GRANTED** and that Plaintiff's Complaint and claims against Defendants are dismissed with prejudice, each party to pay her, his or its own costs and attorney fees.

Dated:  April 26, 2016

BY THE COURT:


*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE